UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ROBERT E. HICKS, | ) | 2:11-CV-00104-PMP-LRL |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| DAVID ROGER, CATHERINE CORTEZ MASTO, HOWARD SKOLNIK, JACK PALMER, JIM GIBBONS and SCOTT KIPPER, | ) | |
| Defendant. | ) | |

Before the Court for consideration are Plaintiff Hicks' Application for Certificate of Appealability (Doc. #53) and Motion for Leave to Appeal *In Forma Pauperis* (Doc. #54) filed August 29, 2011.

The Court finds that Plaintiff's Motion for Leave to Appeal *In Forma Pauperis* is warranted in light of his financial condition. Plaintiff's Application for Certificate of Appealability, however, is in the judgment of this Court frivolous for the reasons set forth in the Order of Dismissal (Doc. #42) entered August 8, 2011.

**IT IS THEREFORE ORDERED that** Plaintiff Robert Hicks' Motion for Leave to Appeal *In Forma Pauperis* (Doc. #54) is **GRANTED**, and that Plaintiff's Application for Certificate of Appealability (Doc. #53) is **DENIED**.

DATED: September 8, 2011.

PHILIP M. PRO
United States District Judge