FILED

OCT 17 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

1UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERT E. HICKS,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>DAVID ROGER; et al.,<br><br>　　　　Defendants - Appellees. | No. 11-17188<br><br>D.C. No. 2:11-cv-00104-PMP<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

Before: GRABER, RAWLINSON, and BEA, Circuit Judges.

　　A review of the record demonstrates that this court lacks jurisdiction over this appeal because the notice of appeal dated on July 22, 2011, received by this court on July 27, 2011, and filed in the district court on August 29, 2011, was not filed or delivered to prison officials within 30 days after the district court's judgment entered on March 8, 2011 or the order entered on March 21, 2011.  *See* 28 U.S.C. § 2107(a); *United States v. Sadler,* 480 F.3d 932, 937 (9th Cir. 2007) (requirement of timely notice of appeal is jurisdictional).  Consequently, this appeal is dismissed for lack of jurisdiction.

　　**DISMISSED.**

SM/Pro Se