UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 08 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT E. HICKS,<br><br>        Plaintiff - Appellant,<br><br>v.<br><br>DAVID ROGER; et al.,<br><br>        Defendants - Appellees. | No. 11-17188<br><br>D.C. No. 2:11-cv-00104-PMP-LRL<br>U.S. District Court for Nevada, Las Vegas<br><br>**MANDATE** |

The judgment of this Court, entered October 17, 2011, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                      FOR THE COURT:
                                      Molly C. Dwyer
                                      Clerk of Court

                                      Lee-Ann Collins
                                      Deputy Clerk